UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 11-10118-JH |
| WRIGHT, TRINETTE | : | Chapter 7 |
| Debtor(s) | : | Judge Hopkins |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

TO THE CLERK OF THE COURT:

      The attached check in the amount of $2.70 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Duke Energy Shared Services, Inc.<br>EF367 - PO Box 960<br>Cincinnati OH 45273-9598 | 000002 | 2.70 |
| Total Small Dividends 25.00 or under | | |
| | | 2.70 |

Dated: September 6, 2011        /s/ Thomas J. Geygan, Sr.
                                                  THOMAS J. GEYGAN, SR., TRUSTEE

cc: U.S. Trustee

| | | |
|---|---|---|
| Claim 000002, Payment 54.00000%<br>Duke Energy Shared Services, Inc.<br>EF367 - PO Box 960<br>Cincinnati OH 45273-9598<br><br>Dividend<br>Account No. 0539 | THOMAS J. GEYGAN, SR., Trustee<br>8050 Hosbrook Rd.,<br>Ste 107<br>Cincinnati, OH 45236 | **BANK OF AMERICA, N.A.**   CHECK NUMBER<br>32-1/1110 TX                 **1004**<br>0<br>DATE          AMOUNT<br>09/06/11    ***********2.70 |

2625003

**PAY TO THE ORDER OF**

U. S. Bankruptcy Court
Southern District of Ohio
221 E. Fourth Street, Suite 800
Cincinnati, OH  45202

| CASE NUMBER | ESTATE OF |
|---|---|
| 11-10118    JH | Debtor: WRIGHT, TRINETTE |

*Two Dollars And 70/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈00 1004⑈